1
2
3
4                   UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    ALBERT LOUIS WYATT,                    Case No.  14-CV-3017-VC
              Petitioner,
8
9         v.                               **ORDER OF TRANSFER**
10   STATE OF CALIFORNIA,
              Respondent.
11
12
13        Albert Louis Wyatt, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas
14   corpus pursuant to 28 U.S.C. § 2254, challenging the execution of his sentence.  Wyatt plead
15   guilty to second degree murder in the Superior Court in Santa Monica, California which is located
16   in the Central District of California.  He is incarcerated at California State Prison-Solano in the
17   Eastern District of California.
18        A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two
19   or more federal judicial districts may be filed in either the district of confinement or the district of
20   conviction.  See 28 U.S.C. § 2241(d).  The district court where the petition is filed may transfer
21   the petition to the other district in the furtherance of justice.  *See id.*  Federal courts in California
22   traditionally have chosen to hear petitions challenging a conviction or sentence in the district of
23   conviction.  *Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993).  However, if a habeas
24   petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole
25   or time credit claims, the district of confinement is the preferable forum.  *See* Habeas L.R. 2254-
26   3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).
27        Because Wyatt is challenging the manner in which his sentence is being executed, venue
28   for his habeas case lies in the Eastern District, not in this district.  Accordingly, the Court orders

United States District Court
Northern District of California

1  that, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice,

2  the Clerk of the Court transfer this petition to the United States District Court for the Eastern

3  District of California.

4       All remaining motions are TERMINATED on this Court's docket as no longer pending in

5  this district.

6       **IT IS SO ORDERED.**

7  Dated: August 18, 2014

8

9  _____
                VINCE CHHABRIA
           United States District Judge

United States District Court
Northern District of California